# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SAREEL POINDEXTER

NO. 2019 KW 0746

AUG 19 2019

---

In Re:   Sareel Poindexter, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 531,327.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.** An attempt to re-litigate claims that have been previously disposed of on appeal by couching them as a postconviction ineffective assistance of counsel claim should be generally unavailing. See **State v. Lee**, 2014-2374 (La. 9/18/15), 181 So.3d 631, 638 (*per curiam*). See also La. Code Crim. P. art. 930.4(A). Furthermore, if the substantive claims the inmate says should have been raised on appeal are without merit, the claim of ineffective assistance of appellate counsel is also without merit. **State v. Williams**, 613 So.2d 252, 256-57 (La. App. 1st Cir. 1992).

                                             **JEW**
                                             **GH**

          **McClendon, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
          FOR THE COURT